1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARLTON WILLIAMS,                    )    Case No. CV 12-5337 JCG
                    Petitioner,      )
                                     )    **JUDGMENT**
            v.                       )
                                     )
STU SHERMAN,[1/] Warden,             )
                    Respondent.      )
                                     )
_____          )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Order Denying Habeas Corpus Petition, Certificate of Appealability, and Evidentiary Hearing.

DATED:  December 10, 2014

_____
            HON JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE[2/]

_____

[1/]  The Court *sua sponte* substitutes Stu Sherman as the proper Respondent.  *See* Fed. R. Civ. P. 25(d).

[2/]  Both parties have consented to this Court's authority to enter judgment.  [*See* Dkt. No. 8]; *see also* Rule 10 of the Rules Governing Section 2254 Cases in the United States District Courts; 28 U.SC. § 636(c)(1).